**From:** vickypresspr@gmail.com,
**To:** Trudyjacobson@aol.com, johnnyj@transamtruck.com,
**Subject:** Discharged from the National Guard as medically unfit for service, but that also covers behavioral discharges. it is reported he was found to be a habitual liar. No personally earned awards. Education all correspondence courses. Not a military intelligence soldier as claimed Not special forces as claimed Not assigned to special operations as claimed No college No security clearance, records show he was denied a clearance. Records indicate he has never served with, been assigned to or had the required security clearance for service with the FBI or any law enforcement agency. CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. Did you know they involved your name in the fake article ?
**Date:** Tue, Aug 9, 2022 4:02 am
**Attachments:**

---

**Stephen Komorek**
**Born 1981 Age 39**
**Age 26 Joined National Guard 2007**
**Separated 2012**
**College: None listed**
**Security Clearance: None listed in military records or in official electronic systems**
**Military intelligence training: None**

In as detailed an investigation that could be done with state offices closed due to COVID we discovered information and insights on Mr. Komorek that concerns us considering his appearance on Ft. Bragg and other installations, his attending of AUSA and other military conferences and events to market his "intelligence services".

In addition his claims of working with the US Secret Service, FBI, CIA, Anti-human trafficking and organized crime task forces bring questions as to how would a person with no security clearance, separated from the national guard and having no formal training or operational experience be allowed in a secure intelligence facility or law enforcement fusion cell.

Based on his NGB22 military service records (attached) Mr. Komorek' stated military and government service has been greatly and fraudulently exaggerated and we determined it is with the knowledge of Conflict Internationals CEO. When questioned about these discoveries Conflict and Mr. Komorek began an effort to purge social media and the company web site of exaggerated claims. But even with their effort we discovered on page 6 of the (attached) Conflict International publication the following

international publication the following,

"Stephen Komorek excels in his ability to digest complex pieces of information or intelligence from a crime scene or case and almost immediately produce actionable intelligence based off the facts of that case. I have come to know, trust, and depend on Stephen as a Senior Operational Agent working with my agency. I can clearly state from my own personal professional working knowledge, that he possesses a highly ==unique skill set of law enforcement, intelligence and Special Operations experience.=="

In April 2020 Conflict Internationals CEO was made aware of Mr. Komorek' lack of intelligence or special operations experience by an employee of the Department of Homeland Security and US Army National Guard after Mr. Komorek for the purpose of marketing material *==Impersonated a former military intelligence specialist to a US Army National Guard Battalion, offering to "observe and teach" battalion soldiers of the S-2 or intelligence section. His behavior was so egregious he was asked to leave and the unit did a review of his military background discovering his true past. He was reported to the unit Security Manager for his actions.==*

It's not just Conflict International embellishing his resume, but Mr. Komorek' told the Daily Mail (see attached article Daily Mail (page 4) that he "Komorek, is a former intelligence operator. His resume, BIO and Linked-In profile also note the following

'Over 17 years' experience in Counter Intelligence (C.I) and undercover C.I operations"
Math 2019 -17 yrs = 2002 (21 Yrs of age)

Question: He joined the guard in 2007, so in 2002 he didn't have military intelligence training, no college, and no security clearance, no training until 2009 Military correspondence courses and 2016-2019 Civilian school attendance. **==So how does he have 17 years of experience???==**

'Over 15 years' experience in working and coordinating with local nations, foreign nationals, and diplomats to secure and negotiate interests"
Math 2019 - 15 years 2004, age 23



**Andrew McLaren** ✓

This article is complete B.S. The false information comes from and is ghost