# EXHIBIT B

# MCLAREN / REYES COMMUNICATION



**Kyle Reyes**
Active 22m ago

MAY 08 AT 8:28 AM

> Oh so I'm suddenly unblocked? Lol.
>
> Stephen? Last I heard from Mikey he left conflict so I have no idea what you're talking about.
>
> That said, the money thing is interesting. I'd like to hear the details of that. I've been burned by people before and would never want to associate with criminals. I will say on a personal note I hope everything is ok with his family- I've got kids and a wife too.

> I blocked you because I have no interest in arguing. A civil debate is cool but not where personal insults are being used.
>
> I've never met you in person. Mike LaCorte speaks highly of you.
>
> My latest op-ed where I endorsed 2 conservative

**Kyle Reyes**
Active 22m ago

never want to associate with criminals. I will say on a personal note I hope everything is ok with his family- I've got kids and a wife too.

I blocked you because I have no interest in arguing. A civil debate is cool but not where personal insults are being used.

I've never met you in person. Mike LaCorte speaks highly of you.

My latest op-ed where I endorsed 2 conservative Republicans.

https://www.chattanoogan.com/2022/5/6/448716/Weston-Wamp-Reached-Across-The-Aisle.aspx?utm_source=dlvr.it&utm_medium=facebook

D.J

Dave Johnson (Green Beret) can fill you

**Kyle Reyes**
Active 23m ago

> Dave Johnson (Green Beret) can fill you in.
>
> +1 (845) 902-8964

I know DJ well. Great dude. As is mike.

I thought you said he owed YOU money? I have no interest in talking to other people about it if the dude owes you directly. I might not have a relationship with stephen but I sure don't want to go slander him either by asking accusatory questions to other people.

> Matt Parker
>
> 315-486-7854
>
> Call them and ask for Stephen's military records.
> You'll be able to see who is lying and who is telling the truth pretty easily.

 2:21