UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN KOMOREK *and* API
INTERNATIONAL CONSULTING GROUP, INC.,

                Plaintiffs,

– *against* –

CONFLICT INTERNATIONAL, INC., MICHAEL LACORTE, *and* ANDREW MCLAREN,

                Defendants.

**ORDER**

22-cv-9467 (ER)

Ramos, D.J.:

    For the reasons set forth on the record, Defendants' pending motion to dismiss is denied as moot.  Doc. 30.  As set forth on the record, the renewed motion to dismiss shall be filed by March 29, 2023; the response in opposition shall be filed by April 19, 2023; and the reply in further support of the motion shall be filed by April 26, 2023.

    The Clerk of Court is respectfully directed to terminate the motion.  Doc. 30.

It is SO ORDERED.

Dated:    March 8, 2023
             New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.