UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN KOMOREK *and* API INTERNATIONAL CONSULTING GROUP, INC.,

          Plaintiffs,

– against –

CONFLICT INTERNATIONAL, INC., *and* ANDREW McLAREN,

          Defendants.

**ORDER**

22-cv-09467 (ER)

R<small>AMOS</small>, D.J.:

    Having been informed by the parties that no redactions are necessary, the Court respectfully directs the Clerk of Court to lift all viewing restrictions from Doc. 50.

It is SO ORDERED.

Dated:   April 3, 2024
           New York, New York

                                      E<small>DGARDO</small> R<small>AMOS</small>, U.S.D.J.