UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN KOMOREK *and* API
INTERNATIONAL CONSULTING GROUP, INC.,

        Plaintiffs,

– *against* –

CONFLICT INTERNATIONAL, INC., *and*
ANDREW McLAREN,

        Defendants.

TRUDY JACOBSON,

        Plaintiff,

– *against* –

CONFLICT INTERNATIONAL, INC., ANDREW
McLAREN, *and* JOHN DOE,

        Defendants.

CONFLICT INTERNATIONAL, INC., *and*
CONFLICT INTERNATIONAL, LTD.,

        Plaintiffs,

– *against* –

STEPHEN KOMOREK *and* API INTERNATIONAL
CONSULTING GROUP, INC.,

        Defendants.

**ORDER**

22-cv-09467 (ER)
22-cv-10177 (ER)
23-cv-02165 (ER)

Ramos, D.J.:

      The Court held a status conference in these three cases on April 26, 2024. The Court set October 28, 2024, as the deadline for discovery to be completed and directed the parties to submit a proposed case management plan. The parties have not yet done so.

Accordingly, the parties are directed to submit a proposed case management plan by June 14, 2024.

It is SO ORDERED.

Dated:  June 11, 2024
        New York, New York

EDGARDO RAMOS, U.S.D.J.