UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN KOMOREK *and* API
INTERNATIONAL CONSULTING GROUP, INC.,

               Plaintiffs,

             *– against –*

CONFLICT INTERNATIONAL, INC., *and*
ANDREW McLAREN,

               Defendants.

**<u>ORDER</u>**

22-cv-09467 (ER)

<u>Ramos, D.J.</u>:

As discussed at the conference held on September 12, 2024, Conflict has submitted a proposed subpoena related to Komorek's military records. Doc. 71. The proposed subpoena, however, is returnable only to the Court. Conflict is directed to make the subpoena returnable both to the Court and to Alexander Klein (counsel for Komorek). Once the records have been produced, Klein may make an ex parte application to the Court concerning which materials should not be disclosed to Conflict. The Court will then review the records and rule on any such application.

With respect to Klein's request for a cover letter to accompany the subpoena, Doc. 72, the parties should confer and agree on appropriate language to include in the cover letter to ensure that a courtesy copy of the records is not inadvertently produced to Conflict.

Finally, Conflict filed the proposed subpoena, which includes Komorek's social security number and full date of birth, on the docket. Under Federal Rule of Civil Procedure 5.2(a), electronic filings should include only the last four digits of an individual's social security number and the year of an individual's birth. In an abundance of caution, the Court has placed the filings on "party-view only" status. Conflict may

submit the revised subpoena to the Court for its signature by email instead of filing it on the docket.  Conflict will then be responsible for serving the subpoena.

It is SO ORDERED.

Dated:    September 18, 2024
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.